UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ROBERT MEREDITH (a/k/a "Red"),<br><br>Defendant. | **ORDER**<br><br>22 Cr. 432 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of the Defendant will take place on **August 18, 2022 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 11, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge